ACCEPTED
03-15-00199-CR
4775596
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/6/2015 3:29:06 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00199-CR

| | | |
|---|---|---|
| **HENRY GUEDES PAGES** | § | **IN THE COURT OF APPEALS** |
| **VS.** | § | **THIRD JUDICIAL DISTRICT** |
| **THE STATE OF TEXAS** | § | **SITTING AT AUSTIN, TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/6/2015 3:29:06 PM
JEFFREY D. KYLE
Clerk

## MOTION TO BE REMOVED AS ATTORNEY OF RECORD

Now comes Guillermo González, appointed counsel for appellant at trial level, and files this Motion to to be Removed as Attorney of Record on appellate matter, and would show the following:

### I.

Counsel was appointed by the trial court to represent appellant through trial. Appellant was found guilty after trial on March 10 ,2015 and on April 2, 2015 was sentenced to pay a $1000 fine and the costs of the court. At appellant's request, Counsel filed Notice of Appeal and a Motion to Withdraw as Attorney of Record, which the trial court granted on April 2, 2015.

### II.

A copy of the Motion to Withdraw and the Order on said motion are attached for the Courts's review.

### III.

On April 2, 2015 Counsel received notice from the Clerk, Court of Appeals, Third District of Texas which noticed Counsel as attorney of record for the appeal on this matter.

Wherefore, premises considered, Counsel requests this Honorable Court order his name be removed as attorney of record on all matters regarding this pending appeal.

Respectfully Submitted,

_____
Guillermo González
S.B.N. 08126700
904 West Avenue, Suite 100
Austin, TX 78701
(512) 474-8001 Office
(512) 474-8006 Facsimile
bgaust@texas.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2015 a copy of this motion was delivered through efile to the Apellate Unit at the Office of the Travis County Attorney

_____
Guillermo González

## CAUSE NO. C1CR-14-400141

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY COURT AT |
| VS. | § | LAW NUMBER EIGHT OF |
| HENRY GUEDES | § | TRAVIS COUNTY, TEXAS |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

To the Honorable Judge of Said Court:

Now comes Guillermo González, attorney of record for the defendant, HENRY GUEDES, and files this Motion to Withdraw as Counsel of Record after trial and sentence has been imposed in the case and would show the following:

#### I.

Counsel was appointed to represent defendant through trial and sentence on this matter. Counsel has completed said representation.

#### II.

As required by law Counsel has advised the Defendant of his right to appeal, the necessity of filing a timely written notice of appeal with the clerk of the court, and that the court will provide an appellate attorney and an appropriate record for appeal without cost to the Defendant if he is indigent.

#### III.

After consulting with the defendant, Counsel has prepared and filed a notice of appeal on behalf of the Defendant.

Wherefore, premises considered, Counsel requests this Honorable Court release him as attorney of record and appoint appellate counsel to represent Defendant.

Respectfully Submitted,

Guillermo González
S.B.N. 08126700
603 West 17th Street
Austin, TX 78701
(512) 474-8001 Office
(512) 474-8006 Facsimile

Filed For Record
At 10:30 o'clock A M.
2 day of Apr, 2015
Dana DeBeauvoir
County Clerk, Travis County, Texas

Exhibit 1

1

## CAUSE NO. C1CR-14-400141

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY COURT AT |
| VS. | § | LAW NUMBER EIGHT OF |
| HENRY GUEDES | § | TRAVIS COUNTY, TEXAS |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD

On this the __2nd__ day of April 2015 the Motion to Withdraw as Counsel of Record was heard and it is the opinion of the Court that said Motion is in all things Granted and that Guillermo González is hereby ordered allowed to withdraw as Counsel of Record.

_____
JUDGE PRESIDING

Filed For Record
At 10:30 o'clock A M
2 day of Apr , 2015
Dana DeBeauvoir
County Clerk, Travis County, Texas

2

## NO. 03-15-00199-CR

| HENRY GUEDES PAGES | § | IN THE COURT OF APPEALS |
|---|---|---|
| VS. | § | THIRD JUDICIAL DISTRICT |
| THE STATE OF TEXAS | § | SITTING AT AUSTIN, TEXAS |

## ORDER

On this date the Motion to be Removed as Attorney of Record was reviewed by the Court and it is the opinion of the Court that said Motion is in all things Granted and that Guillermo González is hereby ordered removed as Attorney of Record on this matter.

SIGNED this _____ day of _____. 2015.


_____
JUDGE PRESIDING